CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
RLa
JUL 15 2005
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

MALCOLM SHABAZZ HINES,
    Petitioner,

v.

CITY OF STAUNTON POLICE
DEPARTMENT, et al.,
    Respondent.

Civil Action No. 7:04-cv-00594

**MEMORANDUM OPINION**

By: Hon. Jackson L. Kiser
Senior United States District Judge

In accordance with the Memorandum Opinion entered this day, it is hereby

### ADJUDGED AND ORDERED

that the defendants' motion for summary judgement is hereby **GRANTED** and this case is hereby **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this order and the accompanying Memorandum Opinion to plaintiff and to counsel of record for the defendants.

ENTER: This 15th day of July, 2005.

/s/ Jackson L. Kiser
Senior United States District Judge